### IN THE UNITED STATES DISTRICT COURT
### FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
### SOUTHERN DIVISION

BERNARD HAYES, #356161                                              PLAINTIFF

VERSUS                                      CIVIL ACTION NO.  1:12cv215-JMR

RICKY WOODS; MATTHEW GARRIGA;
and KAREN JOHNSON                                                  DEFENDANTS

### JUDGMENT

This matter is before the Court pursuant to the Motion [40] for Summary Judgment filed by

the Defendants, pursuant to Federal Rules of Civil Procedure 56. Also pending before the Court

are the defendants' motions to Dismiss for Lack of Prosecution [43], or in the alternative, to

show cause and for Extension of Time to Complete Discovery [44] and Supplement Summary

Judgment motion, if necessary and Bernard Hayes' Motion for Subpoenas [45]. Pursuant to the

Memorandum Opinion entered in this cause, this date, incorporated herein by reference, it is

therefore,

ORDERED that the Defendants' Motion for Summary Judgment [40] be, and is hereby,

granted. It is further,

ORDERED that all claims advanced against the Defendants pursuant to 42 U.S.C. § 1983,

whether advanced against them in their individual or official capacities be, and are hereby,

dismissed with prejudice.

ORDERED that all claims advanced against the Defendants pursuant to state law, whether

advanced against them in their individual or official capacities be, and are hereby, dismissed

with prejudice. It is further,

ORDERED that the Defendants' motions to Dismiss for Lack of Prosecution [43] and for

Extension of Time to Complete Discovery [44] and Hayes' Motion for Subpoenas [45] be, and

are hereby, dismissed as moot. It is further,

ORDERED that each party bear their respective costs associated with this motion. The

Clerk is directed to mail a copy of the Memorandum Opinion and this Judgment to the Plaintiff

at his last known address by certified mail, return receipt requested.

SO ORDERED, this the 1st day of November, 2013.

s/ John M. Roper, Sr.
CHIEF UNITED STATES MAGISTRATE JUDGE